UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYON A. DEAL-WATKINS, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cv-01808-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| LT. H. WALTERS, #4231; DETECTIVE ) | |
| YOUNG, #8252; OFFICER N. SYLVIA, ) | |
| #115241L22; OFFICER A. ORTIZ, ) | |
| #142001L22; LAS VEGAS ) | |
| METROPOLITAN POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On December 19, 2014, the Court dismissed Plaintiff's Amended Complaint (ECF No. 25) without prejudice and granted Plaintiff leave to file a second amended complaint by January 8, 2015. (Order, ECF No. 76). That deadline has now elapsed and Plaintiff has failed to file an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint (ECF No. 25) is dismissed with prejudice.

The Clerk of the Court shall enter judgment accordingly.

**DATED** this 12th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge