## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYON A. DEAL-WATKINS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LT. H. WALTERS, #4231; DETECTIVE YOUNG, #8252; OFFICER N. SYLVIA, #115241L22; OFFICER A. ORTIZ, #142001L22; LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-01808-GMN-VCF<br><br>**ORDER** |

On January 12, 2015, the Court dismissed this action with prejudice. (*See* Order, ECF No. 85). Moreover, on the same day, judgment was entered in favor of Defendants Las Vegas Police Department, Alba Ortiz, Nicholas Sylvia, Hans Walters, and Damon Young (collectively "Defendants") and against Plaintiff Bryon A. Deal-Watkins ("Plaintiff"). (*See* Clerk's Judgment, ECF No. 86). Accordingly, the following motions filed by Plaintiff are **DENIED as MOOT**: Motion for Mental Evaluation of Lyssa S. Anderson (ECF No. 87); Motion to Obliterate Hearsay Evidence from the Record (ECF No. 89); and Motion to Have Mail Sent Certified (ECF No. 91). Moreover, the following motions to strike filed by Defendants are also **DENIED as MOOT**: (ECF Nos. 93–97, 100, 103–06).

**DATED** this 12th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge