# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYON A. DEAL-WATKINS, | ) |
| Plaintiff, | ) Case No.: 2:13-cv-01808-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| LT. H. WALTERS, #4231; DETECTIVE YOUNG, #8252; OFFICER N. SYLVIA, #115241L22; OFFICER A. ORTIZ, #142001L22; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | ) |
| Defendants. | ) |

On January 12, 2015, the Court dismissed this action with prejudice. (*See* Order, ECF No. 85). Moreover, on the same day, judgment was entered in favor of Defendants Las Vegas Police Department, Alba Ortiz, Nicholas Sylvia, Hans Walters, and Damon Young (collectively "Defendants") and against Plaintiff Bryon A. Deal-Watkins ("Plaintiff"). (*See* Clerk's Judgment, ECF No. 86). Accordingly, Plaintiff's Motion to Prove Jurisdiction (ECF No. 108) is **DENIED as moot**.

**DATED** this 24th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge