**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYON A. DEAL-WATKINS, | |
| Plaintiff, | Case No.: 2:13-cv-01808-GMN-VCF |
| vs. | |
| | **ORDER** |
| LT. H. WALTERS, #4231; DETECTIVE YOUNG, #8252; OFFICER N. SYLVIA, #115241L22; OFFICER A. ORTIZ, #142001L22; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendants. | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach, (ECF No. 113), which recommends that the Motion to Deem Plaintiff a Vexatious Litigant (ECF No. 109) filed by Defendants Las Vegas Police Department, Alba Ortiz, Nicholas Sylvia, Hans Walters, and Damon Young (collectively "Defendants") be **GRANTED**.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where

no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 113) is **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that the Motion to Deem Plaintiff a Vexatious Litigant (ECF No. 109) filed by Defendants is **GRANTED**.

**IT IS FURTHER ORDERED** that Byron A. Deal-Watkins be deemed a VEXATIOUS LITIGANT.

**IT IS FURTHER ORDERED** that Byron A. Deal-Watkins be required to seek LEAVE of Court before filing additional documents in this matter.

**DATED** this 7th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge